THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
John C. CUSKER, CSBN 148227
Special Assistant United States Attorney
     333 Market St., Ste. 1500
     San Francisco, Ca. 94105
     Tel. (415) 977-8975
     FAX: (415) 744-0134
     Email: john.cusker@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STEVEN PARKER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | )   EDCV 08-1549 (RC)<br>)<br>)   JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
above-captioned action is remanded to the Commissioner of Social Security for
further proceedings under sentence 4 of 42 U.S.C. § 405(g) .

Dated:April 15, 2009

                    /S/ _ROSALYN M. CHAPMAN_____

                    ROSALYN M. CHAPMAN

                    UNITED STATES MAGISTRATE JUDGE