LAW OFFICES OF BILL LATOUR
Bill LaTour [CSBN: 169758]
     11332 Mountain View Ave., Suite C
     Loma Linda, California 92354
     Telephone: (909) 796-4560
     Facsimile:  (909) 796-3402
     E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| STEVEN PARKER, | No.  EDCV 08-1549 RC |
|     Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
|     v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
|     Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND TWO HUNDRED EIGHTEEN DOLLARS and 25/cents ($2,218.25) as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

    DATED:  June 19, 2009 _/S/ ROSALYN M. CHAPMAN  _____

                  HON. ROSALYN M. CHAPMAN
                  UNITED STATES MAGISTRATE JUDGE